**UNITED STATES of America, Plaintiff–Appellee**

v.

**Sergio Garza FLORES, Defendant–Appellant.**

No. 14–10160

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 1, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, Aaron Wiley, U.S. Attorney's Office, Dallas, TX, Plaintiff–Appellee.

---

Jerry Van Beard, Esq., Assistant Federal Public Defender, Laura S. Harper, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Sergio Garza Flores, CI Dalby, Post, TX, pro se.

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Sergio Garza Flores has moved for leave to withdraw and has filed a brief citing *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Garza Flores has filed responses. His motion to file a supplemental response is GRANTED. The record is not sufficiently developed to allow us to make a fair evaluation of Garza Flores's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.), *cert. denied,* — U.S. ——, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Garza Flores's responses. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.